IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Vanessa McKibban, a married woman, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 5:23-cv-00182 |
| MMK Holdings, L.P. d/b/a Planet K, | § § § | |
| Defendant. | § | |

**DEFENDANT MMK HOLDINGS, L.P. D/B/A PLANET K'S
CORPORATE DISCLOSURE STATEMENT**

Defendant MMK Holdings, L.P. d/b/a Planet K, ("Defendant") files this Disclosure Statement with the Clerk of the Court as required by Federal Rule of Civil Procedure 7.1 and certifies the following:

1. Defendant does not have a parent corporation; and

2. A publicly-held company does not own 10% or more of Defendant.

**DATED: February 10, 2023**

Respectfully submitted,

/s/ *Carrie B. Hoffman*
Carrie B. Hoffman
State Bar No. 00787701
Brooke C. Bahlinger
State Bar No. 24116056
FOLEY & LARDNER, LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201-3340
Telephone:   (214) 999-3000
Facsimile:   (214) 999-4667
choffman@foley.com
bbahlinger@foley.com

Mike H. Holland
Illinois State Bar (ARDC) No. 6342026
Wisconsin State Bar No. 1129358
mholland@foley.com
FOLEY & LARDNER, LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone:   (312) 832-4500
Facsimile:   (312) 832-4700
*\*\*Pro Hac Vice Application Pending*

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on all counsel of record on February 10, 2023, by the Court's electronic filing system and U.S. mail pursuant to the Federal Rules of Civil Procedure.

Nicholas J. Enoch
Clara S. Acosta
Lubin & Enoch, P.C.
221 N. Kansas Street, Suite 700
El Paso, Texas 79901

**ATTORNEYS FOR PLAINTIFF**

/s/ *Carrie B. Hoffman*
Carrie B. Hoffman