IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VANESSA McKIBBAN, | § § § | |
| *Plaintiff*, | § § | |
| V. | § § | CIVIL ACTION NO. SA-23-CA-00182-FB |
| MMK HOLDINGS, L.P. d/b/a Planet K, | § § § | |
| *Defendant*. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT**

Before the Court is the Joint Stipulation of Dismissal With Prejudice, filed by the parties on February 27, 2025. (Docket no. 39). This case was administratively closed on November 27, 2024. (Docket no. 37). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties now stipulate to the dismissal with prejudice of this action.

ACCORDINGLY, IT IS ORDERED, ADJUDGED and DECREED that the Order of Administrative Closure (contained no. 39) is LIFTED for the limited purpose of REOPENING this case so that this Order of Dismissal With Prejudice and Judgment can be entered.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that, pursuant to the parties' Joint Stipulation of Dismissal With Prejudice (docket no. 39) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above styled and numbered cause is DISMISSED WITH PREJUDICE, with each party bearing its own costs, attorney's fees and expenses.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 28th day of February, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE